DAVID M. REAVES
Bankruptcy Trustee
P.O. BOX 44320
PHOENIX, AZ 85064
(602) 241-0101

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| OROZCO, MARIA DELALUZ, | ) ) ) | CASE NO. 2-07-bk-03077-RJH |
| Debtor(s) | ) ) ) ) ) ) | PETITION TO PAY DIVIDEND IN AMOUNT LESS THAN $5.00 TO THE CLERK OF THE U.S. BANKRUPTCY COURT |

DAVID M. REAVES, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 2 | AT&T Wireless<br>c/o Vativ Recovery Solutions, LLC<br>As Agent for Palisades/Asta<br>P.O. Box 19249<br>Sugar Land, TX 77496 | $1.10 |
| 3 | AT&T Wireless<br>c/o Vativ Recovery Solutions, LLC<br>As Agent for Palisades/Asta<br>P.O. Box 19249<br>Sugar Land, TX 77496 | $0.53 |
| 5 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $3.70 |
| 6 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | $1.77 |

*4/1/10*                                             */s/ David M. Reaves*
DATE                                                  David M. Reaves, Trustee